IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Krause, Robert D. 248039 )
_____ )
Full name and prison number )
of plaintiff(s) )
)
v. )  CIVIL ACTION NO. 2:07cv 468-F
)    (To be supplied by Clerk of
A.D.O.C. )     U.S. District Court)
_____ )
Prison Health Services Inc. )
Commissioner Allen )
Gov. Riely )
_____ )
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

2007 MAY 24 A 9:54

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES ( )  NO ( ✓ )

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES ( )  NO ( ✓ )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____

               _____

               Defendant(s) _____

               _____

          2.   Court (if federal court, name the district; if
               state court, name the county) _____

               _____

4

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT V.C.F., Po Box 767 ClAYTON, Al 36016 _____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Ventress Corr. Facility _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                            ADDRESS    V.C.F Po Box 767 CLAYTON, Alc.

1. Prison Health Care Services Inc.    36016

2. A.D.O.C. Po Box 301501    301 South Ripley St. Montgomery, Al 36130

3. Mr. Richard Allen    Commissioner

PO Box 301501, Montgomery, Al 36130

4. Ala. Gov. Rieley    600 Dexter Ave Rm N-104 Montgomery, Al 36130

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 07/01/2006

_____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Denied Medical Treatment

_____

2

S

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Diagnoised with Hernia Aug 8, 2006 Transfered from Kilby to Ventress Sept 13, 2006 "Private Area" is Larger than a Soft Ball, very Painfull, health care has sandbassed on ordering opperation for over 10 months.

GROUND TWO: Ventress Corr Facility is Too Over Crowed. Dorm H-1 where most

SUPPORTING FACTS: time is spent CONTAINS more then 200 inmates - this little Dorm does not have Enough bath Room facilities to accomodate more then 50 to 60 inmates.

GROUND THREE: More the 60 % of the inmates at Ventress will Experience either TB germ,

SUPPORTING FACTS: STAPH infection or GET Hept if they are treated at the Dentist. Less then 10 % of the Matteressas will not Pass a Health inspection. INMATES are almost always allowed no more then 2 to 4 minutes to EAT. Ventress was DESIGNED for 900 inmates ORIGINALLY - there are more then 1700 INMATES HERE. Ventress has Recently been under QuaranTiNE.

3

6

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

(1) Order immeDIATE Trial for Deniewg
the OPPeraTion for "So" Long.

(2) allow Jury to decide if I ~~Sast~~ Should
be Compensated for the Violation of Cruel
And Unusual incareration. Robert Krause

————————————————————————————
        Signature of plaintiff(s)      915 248039

   I declare under penalty of perjury that the foregoing is true
and correct.

   EXECUTED on MAY 21,2007          .
                  (Date)

              Robert Krause 248039
        ————————————————————————————
        Signature of plaintiff(s)

4

⑦

NAME KRAUSE, RODENY
AIS #242039 DORM #
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

VENTRESS
LAW LIBRARY

OFFICE of the Clerk
UNITED States District Court
[Middle District of ALA]
PO Box 711
MontGomery, Alabama
36101-0711

[OFFICIAL LEGAL Business]