In the United States District Court
For the Middle District of Alabama
Northern Division

Case No: 2:07-CV-00468-MEF

Robert D. Krause, #248039
(Plaintiff)
V.

A.D.O.C., "et al.,"
(Defendants.)

"Objection to Recommendation of the Magistrate Judge"

Plaintiff objects to Recommendation by Terry F. Moorer, United States Magistrate Judge. Document #: 5-1, Date filed: 05/30/2007.

I. Discussion

A. The Alabama Department of Corr. [IS] subject to suit and or liability under "§-1983" when the "alledged" Constitutional violation is "Clear", "Intentional" [done deliberately] and violates basic necessities to Health consistent with the "times."

Conclusion

Because there are "No-End" to cases that are Styled:
Plaintiff V. Dept. of Corr.

PAGE (1) ONE

Some examples of Case "Styled" Plantiff v. Dept of Corr. are:

(1) Cassidy v Indiana Dept of Corrections, 59 F.Supp.2d 787, 794 (S.D. Ind 1999)

(2) Perkins v. Kansas Dept of Corr. 165 F3d 803, (10th Cir 1999)

(3) Smith v Arkansas Dept of Corr. 103 F 3d 637 (8th Cir 1996), 647 (observing that "PLRA" "merely codifies existing law and does not change the standards for determining whether to Grant an Injunction").

also See

(4) Helling v. McKinney 509 U.S 25, 33 [1993]... if you have been injured by the Conditions or practice, that injury will help to Prove that you are likely to be injured again in the future if the injunction is not issued.

   Plantiff objects to A.D.O.C. claim being dismissed and Prays this Honorable Court will [Not] "Strip" Plantiff from "Discovery" and "Relief" because what the A.D.O.C. is doing violates federal law and must be answered to. Respectfully Submitted this day June 5th, 2007 Robert D Krause 248039

Robert D Krause, 248039

Page [2] two

Certificate of Service   on this DAY
June 5th 2007
Plantiff Robert D. Krause 248039 swears that the contents of this motion are true and that a true and exact copy is being mailed — postage paid to the District Court and Each Defendant Listed below.

Signed: Robert D Krause 248039
Robert D. Krause 248039
Ventress Corr Facility
PO Box 767
Clayton, Al 36016

(1) Prison Health Services INC. VCF PO Box 767 Clayton, Ala 36016

(2) A. Dept. of Corr. PO Box 301501, 301 South Ripley St. Montgomery, Al 36130

(3) Mr. Richard Allen, [Commissioner] PO Box 301501, Montgomery, Al. 36130

(4) Office of the Clerk.
United States District Court For the Middle District of Alabama, [N.D.]
PO Box 711, Montgomery, Ala. 36101-0711

Signed: Robert D Krause 248039
Date: June 5th 2007

Page (3) three of three

Robert D. Krause 248639
NAME          AIS #      DORM # H-1
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL 361
08 JUN 2007 PM 4 L

Office of the Clerk
United States District Court
PoBox 711
Montgomery, Ala.
36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

VENTRESS
LAW LIBRARY