IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT D. KRAUSE, #248 039     *

    Plaintiff,     *

      v.     *     2:07-CV-468-MEF

A.D.O.C., *et al.*,     *

    Defendants.     *

_____

**ORDER**

A review of the court file illustrates that service of the complaint has not been effected on the named defendants who remain parties to the complaint. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendants Allen and Prison Health Services, Inc., Plaintiff must furnish the clerk's office with a correct address for these individuals.

Accordingly, it is ORDERED that:

1. On or before July 30, 2007 Plaintiff shall furnish the clerk's office with the correct address for Defendants Allen and Prison Health Services, Inc. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served. This is Plaintiff's responsibility; and

  2. Plaintiff is cautioned that if he fails to comply with this order, Defendants Allen and Prison Health Services, Inc., will not be served, they will not be parties to this cause of action, and a Recommendation that this complaint against the above-noted defendants be dismissed shall be entered.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

 Done, this 19th day of July 2007.


           /s/ Terry F. Moorer
          TERRY F. MOORER
          UNITED STATES MAGISTRATE JUDGE