IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Robert D. Krause,<br>AIS #248039<br><br>    Plaintiff,<br><br>v.<br><br>A.D.O.C., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.2:07-CV-468-MEF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR EXTENSION OF TIME**

Comes now the Defendant, Richard F. Allen, in the above styled-cause, by and through undersigned counsel, and respectfully requests an extension of time in which to file his special report and answer, and as grounds states as follows:

1. That the Defendant did not receive the court's order for a written report (Doc. 4) until July 23, 2007.

1. That the Defendants need the additional time to obtain the necessary records to sufficiently respond to the Court's Order of May 30, 2007.

2. That the granting of this extension will not unduly prejudice the Plaintiff.

WHEREFORE, the Defendant requests an additional forty days to file his special report.

Respectfully submitted,

/s/ Kim T. Thomas

Kim T. Thomas (THO015)
Deputy Attorney General
General Counsel

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
PO Box 301501
Montgomery, Alabama 36130-1501
334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing documents upon:

Inmate Robert D. Krause
AIS # 248039
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016-0767

by placing the same in first class mail, postage pre-paid, this the 24th day of July 2007.

/s/ Kim T. Thomas

Kim T. Thomas (THO015)
Deputy Attorney General
General Counsel