IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT D. KRAUSE, #248 039         *

    Plaintiff,                              *

        v.                                   *          2:07-CV-468-MEF

PRISON HEALTH SERVICES,            *
INC., *et al.*,
    Defendants.                          *

_____

**ORDER ON MOTION**

Due to a clerical error, Defendants were only recently served with a copy of the complaint filed in this matter as well as the court's May 30, 2007 order of procedure. Accordingly, it is

ORDERED that the court's July 18, 2007 order (Doc. No. 8) be and is hereby VACATED.

It is further ORDERED that:

1. Defendant Allen's Motion for Extension of Time (Doc. No. 10) is GRANTED; and

2. Defendant Allen is GRANTED an extension from July 9, 2007 to August 31, 2007 to file his answer and written report.

Done, this 24th day of July 2007.


                                        /s/ Terry F. Moorer
                                TERRY F. MOORER
                                UNITED STATES MAGISTRATE JUDGE