**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece

Counsel Counsel for PHS
Prison Health Services
Attn: Kim Jay
105 Westpark Drive, Suite 200
Brentwood, TN 37027

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_
☐ Agent
☐ Addressee

B. Received by (Printed Name): M Sherry
C. Date of Delivery: 7-23-07

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 1888

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540