**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ROBERT D. KRAUSE, AIS NO. 248039**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **2:07-CV-468-MEF** |
| **ALABAMA DEPARTMENT OF** | ) | |
| **CORRECTIONS**, *et al.*, | ) | |
| | ) | |
| Defendants. | | |

**NOTICE OF APPEARANCE AND MOTION FOR**
**EXTENSION OF TIME TO COMPLY WITH COURT ORDER**

COMES NOW Defendant PRISON HEALTH SERVICES, INC. ("PHS") and files this Notice of Appearance and Motion for Extension of Time to Comply with this Court's May 30, 2007, Order for Special Report. PHS respectfully requests that this Court extend its deadline to respond in accordance with the terms and conditions of this Court's May 30, 2007, Order, including the filing of its Special Report, required evidentiary materials (including the affidavits of all pertinent individuals) and Answer, for a period of thirty (30) days from the date of this Motion, i.e. until August 29, 2007. As grounds for this Motion, PHS states as follows:

1. On or about May 24, 2007, *pro se* Plaintiff Robert D. Krause (the "Plaintiff"), an inmate at Ventress Correctional Facility, initiated this action against several defendants, including PHS, asserting various allegations regarding the conditions of his confinement at Ventress Correctional Facility, including alleged acts or omissions of the medical staff at Ventress Correctional Facility in treating an alleged hernia. (See Doc. 1).

2. This Court entered its Order for Special Report on May 30, 2007, requiring the filing of a response from PHS on or before July 9, 2007. (See Doc. 4). On that same day, the

Order for Special Report together with a copy of Plaintiff's Complaint was mailed to PHS, according to the Clerk's docket report. However, service of the Order for Special Report and Plaintiff's Complaint had not been perfected as of July 19, 2007, and the Court entered an Order requiring Plaintiff to submit an accurate address for PHS in order to perfect service of the Order for Special Report and Plaintiff's Complaint upon PHS. As indicated in the docket report, PHS was not served with the Order for Special Report and Plaintiff's Complaint until July 23, 2007.

3. Undersigned counsel received this Court's Order for Special Report and/or Plaintiff's Complaint on the afternoon of July 30, 2007. Undersigned counsel has not yet had the opportunity to review all of the materials relevant to this action and/or obtain a copy of the medical records of Plaintiff, which PHS may be obliged to submit in response to the Court's Order for Special Report. Therefore, PHS respectfully requests additional time to compile its required Special Report and Answer to ensure a complete, accurate and compliant response to the Court's Order for Special Report and Plaintiff's Complaint.

4. Granting PHS additional time to provide its response to the Court's Order for Special Report and Plaintiff's Complaint will not materially prejudice Plaintiff or otherwise result in any substantial hardship to Plaintiff. Furthermore, the extension of this deadline will not substantially delay this matter in any way in light of the current August 31, 2007, deadline for the responses of other defendants named in this action. (See Doc. 11).

WHEREFORE, PREMISES CONSIDERED, Defendant Prison Health Services, Inc. respectfully requests that the Court extend its deadline to provide its response to the Court's Order for Special Report and Plaintiff's Complaint until August 29, 2007.

Respectfully submitted this 30th day of July, 2007,

s/ William R. Lunsford
One of the Attorneys for Prison Health Services, Inc.

**OF COUNSEL:**

William R. Lunsford
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
Email: blunsford@maynardcooper.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court and mailed via regular U.S. mail or via electronic mail (as designated below) to the following:

Robert D. Krause
AIS NO. 248039
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama 36016

Kim Tobias Thomas (*via electronic mail*)
Alabama Department of Corrections
Post Office Box 301501
Montgomery, AL 36130-1501

s/ William R. Lunsford
Of Counsel