IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT D. KRAUSE, #248 039          *

    Plaintiff,                          *

      v.                              *          2:07-CV-468-MEF

PRISON HEALTH SERVICES,             *
INC., *et al*.,
      Defendants.                     *

_____

**ORDER ON MOTION**

Upon consideration of Defendant Prison Health Services, Inc.'s ["PHS"] Motion for

Extension of Time, and for good cause, it is ORDERED that:

1.  Defendant PHS's Motion for Extension of Time (Doc. No. 14) is GRANTED; and

2.  Defendant PHS is GRANTED an extension from July 9, 2007 to August 29, 2007

to file its answer and written report.

Done, this 31st day of July 2007.

                    /s/  Terry F. Moorer
                  TERRY F. MOORER
                  UNITED STATES MAGISTRATE JUDGE