IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT D. KRAUSE, #248039, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>PRISON HEALTH SERVICES, )<br>INC., et al., )<br>)<br>Defendants. ) | CIVIL ACTION NUMBER<br>2:07-CV-468-MEF |

## ANSWER

Come now the Alabama Department of Corrections Defendant, Richard Allen, by and through the undersigned counsel in the above styled action, and file this answer as follows:

1. Defendant Allen admits that Inmate Robert Krause is committed to the custody of the Alabama Department of Corrections and that he is housed at the Ventress Correctional Facility.

2. Defendant Allen denies all other all allegations and/or prayers for relief in the complaint and demands the strict proof thereof.

## DEFENSES

Defendant Allen denies that he has violated the constitutional rights of the Plaintiff and demands the strict proof thereof.

Defendant Allen alleges that the Plaintiff has failed to state a claim upon which relief can be granted.

Defendant Allen alleges that the Plaintiff has failed to state a claim

upon which a 42 U.S.C. § 1983 action can be maintained against him based upon the theory of *respodeat superior*.

Defendant Allen alleges that the Plaintiff has failed to state a claim upon which a 42 U.S.C. § 1983 action can be maintained against him based upon 'deliberate indifference'.    Defendant Allen pleas the general defense.

Defendant Allen alleges that he is entitled to qualified immunity against the claims of the Plaintiff.

Defendant Allen alleges that he is entitled to absolute immunity against the claims of the Plaintiff.

Defendant Allen alleges that he is without medical training and that he is allowed to rely upon the medical treatment decisions of the professionals actually treating the Plaintiff.

Defendant Allen alleges that the Plaintiff's claims are barred by the Prisoner Litigation Reform Act (PLRA).

Defendant Allen alleges that the Plaintiff has suffered no injuries, and/or damages, as a result of the alleged violations.

Defendant Allen reserves the right to amend his defenses, including the addition of affirmative defenses, upon the receipt of information through discovery and otherwise.

Respectfully submitted,

Kim T. Thomas
General Counsel
Deputy Attorney General

/s/Albert S. Butler (BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
(334) 353-3885

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon:

Robert Krause
Ventress Correctional Facility
P. O. Box 767
Clayton, Alabama 36016

William R. Lunsford
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, Alabama 35801

by placing same in the United States Mail, first class postage prepaid and properly addressed this 13th day of August, 2007.

/s/Albert S. Butler (BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General