In the District Court of the United States
For the Middle District of Alabama
Northern Division

Civil Action Number 2:07-CV-468-MEF
[JURY TRIAL REQUESTED]

Robert D. Krause   AIS # 248039
     Plaintiff
VS.
Prison Health Services Inc., et al.,

Plaintiff's "Reply" to "answer" and "Special Report".

Plaintiff informs the Court at this time that there have been two important changes sense the original complaint was filed.
(1) The inmate that helped me file was transferred and I can barely read or write and Request for an appointment of Counsel.
(2) Recently I was taken to Montgomery for the Hernia Opperation.
 —BUT— that does not negate the fact that Plaintiff was forced to endure more than [10] ten

PAGE [1]

months of Cronic PAIN before the ADOC would even make the appointment for the much needed Opperation. Plaintiff intends to show a Jury that his "Privates" were swollen the size of a CANTALOPE. the pain was severe and often I could barely walk. There are several complaints on record and Plaintiff will provide witnesses if necessary.

The Health Care Professionals acted under Color of State $LAW and Refuse to make an appointment for the Opperation untill after this Law Suit was filed.

Plaintiff avers that Defendant Allen is mistaken about his claim of immunity.

(1) Defendant Allen took over the Commissioner Job in the face of an ongoing Legal Battle that concerned the Over Crowded Prison Conditions at A.D.O.C. The former Commissioner was

PAGE [2]

facing a Possible threat of a JAIL cell if OVERCROWDED Conditions at ADOC were not corrected. That Commissioner [DONAL] decided to QUIT his JOB Rather then face a JAIL SENTENCE.

Defendant Allen was Recruted from the Attorney General's (ALA.) Office [Chief Dep. Attorney General] and the First statement to the Press was "The federal Judge can Put ME IN JAIL"

Defendant Allen, acting under the Color of State Law has showed NO REGARD for my health or even the SAFETY of all of ALA.

Defendant Allen is at the Helm of the Ship and SAYS that is enough to GRANT him immunity He IS WRONG.

I have alREADY Suffer- an INJURY.

Now, because the System IS So overcrowded EveryDay IS a RISK to my health.

PAGE [3]

With some help on discovery I, Plaintiff Krause will show that the conditions not only violate the U.S.C., but are also the biggest threat to the nation at this time.

With Defendant Allen allowing around one million gallons of raw sewage to be dumped into the Ala. waterways in 2007. The fact that 60% of the inmates at ADOC are infected with either HIV, TB, Staph Infection or Hepititus and (1) one million gallons of there raw sewage is getting dumped in the rivers because the treatment plants can't handle the overcrowding.

Defendant Allen is NOT above the law. He put on the shoes of former Commissioner Campbell because of his legal expertise not his penal management skills.

Therefore I pray this court

Page 4

will Grant Injunctive Relief untill this matter Goes to Trial.

(1) Plaintiff ask that the Prisons in Ala are ordered to Relieve overcrowding to the extent that No Prison shall contain more then 20% of it's Max Capacity.

EXAMPLE: Ventress now has 1700 Inmates — should be no more then 800 inmates.

(2) All Inmates should be Double Checked for T.B.

(3) All Inmates with Hep-C be Put on Immediate ~~treat~~ treatment. The waiting list is illegal.

(4) The ADOC be Given 30 days to Replace Cracked and wore out mattresses.

(5) The ADOC is ordered to allow Inmates Eight (8) min. to Eat Each Meal (min.)

Page 5

## Conclusion

Plaintiff is prepared to show a jury that he was denied necessary medical treatment for approx. 11 months, sufficient to allege deliberate indifference to his medical needs and survive Defendant's motion to dismiss.

With proper discovery assistance Plaintiff will show a subjective and real intent to not only violate Constitutional Rights but is also putting the entire state in danger.

Plaintiff objects to a dismissal and avers that Defendant Allen is not above the law and must be held accountable for the violations to my rights as well as to the safety of all Alabama citizens.

Respectfully Submitted.

Aug. 16th 2007  _Robert Krause 248039_

Robert Krause 248039
Ventress Corr. Facility
PO Box 767
Clayton, Ala. 36016

Page 6

## Certificate of Service

I hereby certify that I have served a copy of the "Reply" by placeing a copy for each listed party in the U.S. mail box today, Postage Paid. Date: Aug 16th 2007

Signed Robert Krause 248039

Robert D Krause 248039
Ventress Correctional
  FACILITY
Box 767
Clayton, Ala. 36016

cc.
(1) District Court of the United States
   Middle District, Northern Division

(2) ADOC Legal Division   301 South Ripley St.
   PO Box 301501, Montsomery, Al. 36130-1501

(3) Maynard Cooper and Gale PC.
   655 Gallatin Street
   PO Box 18668 (35804-8668)
   Huntsville, Al. 35801-4936



Robert D. Krause 248039
NAME                    AIS#        DORM#
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of the Clerk
United States District Court
Po Box 711
Montgomery, AL 36010|-0711