In The UNITED States District Court
For the Middle District of ALABAMA
Northern Division

RECEIVED

Robert D. KRAUSE, #248039
PLAINTIFF

2007 SEP 13 A 9:31

V                    CIVIL Action No: 2:07

DEBRA P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DISTRICT ALA

2:07-cv-0068-
MEF-TFM

PRISON Health Services, INC

Richard ALLEN AND
Defendants

[JURY TRIAL
REQUESTED]

"REPLY TO ANSWER of DeFendant,
Prison Health Services, INC"

STATEMENT BY PETITIONER

The Medical Records provided with
the answer WILL SPEAK for the
claim made.

For the Record. Respondent
SAYS That Petitioner only Stood
in the Pill call Line 5 times. The
Records will show that Petitioner
Stood in the Pill CALL Line more
Than 100 hundred Times and in
fact is Part of the Reason why
Petitioner NAmed Richard ALLEN
as a deFendent. If Richard
Allen complied with Privious Fed.
Court Orders, a Sick inmate

Page 1

Would not have to stand in the weather
in excess of 1½ hours Just to take
a tylenol. There are 1700 inmates
at this Prison Designed for 700
inmates.

AFTER being Diagnosed with
the Herina it took 10 months Be-
for the OPPERATION was Done.

Petitioner claims the 10 month
Period was excessive and in fact
violated 8th amend.

cited in EStelle v GAmble 429-US-
97, 104 S. Ct. 285, 291,    50 LEd 2d 251
(1976) we find it indisputable that the
     Persistent delay in Priority
one Surgery inflicts the Sort of "Pain
and Suffering which no one Suggest
would Serve and Penological Pur-
pose" ID. at 103. 97 S.ct. at 290.
See also Wilson v Seiter - US - 111 S.ct.
2321, 115 L.Ed 2d 271 (1991)


Petitioner Farther States:

we Recognize that "although the doctrine
of Respondeat Superior does not apply
to §1983 Cases. a §1983 Claimant
may maintain a theory of direct lia-
ibility against a Prison or other official
if that official Fails to Properly
train, Superwise, direct or Control
the action of A subordinate who

PAGE 2

causes the injury." Crooks v. Nix
872 F2d 800, 804 (8th Cir 1989) citing
Hahn v. Mcley 737 F2d 771, 773 (8th Cir
1984).      See also Toombs v Bell supra
Abdication of Policy-making and oversight
Responsibilities can reach the level of
deliberate indifference and result
in the unnecessary and wanton
infliction of pain to prisoners when
tacit authorization of subordinates"
misconduct can    contutional injury.
See Messimer V. Lockhart 702 F2d, 728,
732 (8th Cir 1983)

     In Estelle V Gamble. 429 US 97, 104.
97 S.Ct. 285. So LED 2d 251 (1976) the United
States Supreme Court held "deliberate indiffer-
ence to serious medical needs of prisoners
constitutes the 'unnecessary and wanton
infliction of pain. Gregg v. Georgia. [428
us 153], at 173, 96 Sct. [2909] at 2925
[ (1976) ] (joint opinion, proscribed by the
8th amend." Moreover. the fact that the
defendants contract out the medical services
provided to prisoners does not relieve them
of their duty to see to it that those medical
services are adequate. See West v Atkins,
487 US 42, 56, 108 S.Ct. 2250, 101 LED 2d,
40 (1988) ("Contracting out prison medical
care does not relieve the state of its con-
stitutional duty to provide adequate medi-
cal treatment to those in its custody, and
it does not deprive the states prisoners of the
means to vindicate their 8th amend. Rights.

Page 3

Reply to Defendants Affirmative and
Other Defenses :

One Through Eleventh Defense (1-11)
Petitioners Claims are [Not] Bared

12-15 -    The defenses are Frivolous
          Plaintiff's Privates were Swolled
the Size of a Soft BALL and there
was much PAIN - The "Belt" Prescribed
only Served to increase the PAIN and
allow the DelAy of a Necessary op-
peration .

          as for the 15th defense
Plaintiff is prepared to Mitigate damages
VIA a Jury Trial ~ and ~ is also
open to all Settlements offered
by the defendants .

          16th defense
a Jury will Not "Buy into" what the
Plaintiff is SAYING. Dr. Peasant Could
have ordered the Opperation 10 months
sooner and must be held account-
able for the RefussAL to Do So.

     17 - 20 -  are Frivolous
21-Defense -  Plaintiff filed two
Grievances - Not - one !
22 Defense - Not time barred - Petitioner
did Not even Recieve the Opperation until
June 29, 2007. The Defendants is
asking this Court to Say it's ok for
To delay an opperation until Limitations expire.
          Page (4)

<u>23-26</u> are all frivolus.
ESPECIALLY <u>25 Defense</u> - there was
No Medical JudGement. Dr Peasant
IGnored the Pain & SufferinG of Plaintiff
untill After this § 1983 was filed And
then GoT his "ACT ToGether" and
hurried an OPPeration in hopes this
Lawsuit would be droPed - But
Now Plaintiff Seeks DAMAGES AND
CompeNsATion and INJUNCTION to
Stop this TYPE of Pratice.

26- Defense -
[Yes] Plaintiff also EXPECTS Dr. Peasant
to Pay the LeGAL fees and court
cost involved.

[27-28] PHS may approach
Plaintiff at any time with a
settlement offer.

<u>Conclusion</u>

Plaintiff AVERS that Given the Stand
TAKen by the DefendAnts the only
thinG Left to do is Pick a Jury
and LET them decide if the
DefendAnts are GuiLTY and to what
EXTENT PlAintiff is ENTITLED to
Recover DAMAGES and CompeNsATion
Respectfully submitted
Signed: Robert Krouse
248039

<u>Page 5</u>

Certificate of Service

I Robert D. Krause swear that all is true in this Reply and on this date Sept 4th 2007 true and correct copies are being mailed to the following Parties

(1) MAYNARD, COOPER and GALE, P.C.
655 GALLATIN Street
HuntSVILLE, ALA 35801

(2) office of the Clerk
UNITED STATES District Court
Po Box 711
MontGomery, ALA 36101-0711

(3) [Attorney General]
ADOC LEGAL DIVISION
301 South Ripley Street
Po Box 301501
MontGomery, AL 36130-1501

Respectfully Submitted,

DATE, Sept 4th 2007    Signed
                       X Robert Krause 248039
Robert Krause 248039
VenTress Correctional Facility
Box 767
CLAYTON, AL 36016

NAME Robert D. Krause 248039
AIS #                    DORM # H-1
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

VENTRESS
LAW LIBRARY

Office of the Clerk
United States District Court
PO Box 711
Montgomery, AL. 36101-0711

36101+0711