IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Robert D. Krause, | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 2:07-CV-00468 |
| STATE OF ALABAMA DEPARTMENT OF CORRECTIONS, et al. | ) |
|    Defendants, | ) |

### CONFLICT DISCLOSURE STATEMENT

COMES NOW Richard Allen, as Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[XX]  The party is an individual, or

[ ]  This party is a governmental entity, or

[ ]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

Reportable Entity             Relationship to Party

Not applicable

_____      _____

_____      _____

_____      _____

   1-15-2008
     Date

/s/ Kim T. Thomas
Counsel Signature
Counsel for (print names of all parties)

301 South Ripley Street
Montgomery, Alabama 36130

Address, City, State Zip Code

334-353-3890<br>
Telephone Number

## CERTIFICATE OF SERVICE

I, Kim T. Thomas, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid on this 15th day of January, 2008, to:

**Robert D. Krause**
AIS 248039
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016-0767

| January 15, 2008 | /s/ Kim T. Thomas |
| --- | --- |
| Date | Signature |