IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

| | |
|---|---|
| ROBERT D. KRAUSE, )<br>)<br>Plaintiff, )<br>)<br>v. ) CASE NO. 2:07-CV- 00468-TFM<br>)<br>ALABAMA DEPARTMENT OF CORRECTIONS )<br>)<br>Defendant. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Richard Allen, a [ Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[X] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                           Relationship to Party

_____      _____

1/16/2008                                   /s/Albert S. Butler
Date                                        Counsel Signature

                                            Richard Allen
                                            Counsel for (print names of all parties)

                                            301 S. Ripley St.
                                            P.O. Box 301501, Montgomery, AL 36130
                                            Address, City, State Zip Code

                                            334-353-3885
                                            Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

### CERTIFICATE OF SERVICE

I, Albert S. Butler, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. MAIL, CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 16th day of January, 2008, to:

Robert D. Krause
AIS #248039
Ventress Correctional Facility
P.O. Box 767
Clayton, Al 36016

| 1/16/2008 | /s/Albert S. Butler |
|---|---|
| Date | Signature |