IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT D. KRAUSE (AIS# 248039), § § | |
| Plaintiff, § § | |
| vs. § § | CIVIL ACTION NO. 2:07-cv-00468-TFM |
| PRISON HEALTH SERVICES, INC.; et al. § § | |
| Defendants. § | |

## NOTICE OF APPEARANCE

COMES NOW Paul M. James, Jr., and does hereby give his notice of appearance as counsel of record for Defendant, Prison Health Services, Inc., in the above-referenced case.

Please direct copies of all future correspondence, orders, and pleadings to the undersigned.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendant,
Prison Health Services, Inc.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 27th day of May, 2008, to:

    Mr. Robert D. Krause (AIS # 248039)
    Ventress Correctional Facility
    P. O. Box 767
    Clayton, AL  36016-0767

    The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

    Albert Sims Butler, Esq.
    Kim Tobias Thomas, Esq.
    ALABAMA DEPARTMENT OF CORRECTIONS
    P. O. Box 301501
    Montgomery, AL  36130-1501

    William R. Lunsford, Esq.
    MAYNARD, COOPER & GALE, P.C.
    655 Gallatin Street
    Huntsville, AL  35801

    /s/ PAUL M. JAMES, JR. (JAM017)
    OF COUNSEL