**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ROBERT D. KRAUSE, AIS # 248039,**   )<br>                                                                      )<br>           **Plaintiff,**                                    )<br>                                                                      )<br>**v.**                                                                )<br>                                                                      )<br>                                                                      )<br>**PRISON HEALTH SERVICES, INC. AND**  )<br>**RICHARD ALLEN,**                                   )<br>                                                                      )<br>           **Defendants.**                                )  | **Civil Action No.:**<br>**2:07-cv-00468-MEF-TFM** |

## MOTION TO WITHDRAW

William R. Lunsford of Maynard, Cooper & Gale, P.C. respectfully requests this Court to hereby permit him to withdraw as counsel of record for Defendant Prison Health Services, Inc. ("Defendant"). Defendant and undersigned counsel have agreed that Defendant will retain new counsel and new counsel has submitted his Notice of Appearance as of this date.

For the foregoing reason, undersigned counsel respectfully requests this Court to allow William R. Lunsford of the law firm of Maynard, Cooper & Gale, P.C. to withdraw from further representation of Defendant in the above-styled civil action.

Respectfully submitted on this the 28th day of May, 2008.

/s/ William R. Lunsford
*One of the Attorneys for Prison Health Services, Inc.*

**OF COUNSEL:**
William R. Lunsford
M\aynard, C\ooper & G\ale, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
Email: blunsford@maynardcooper.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed via regular U.S. mail to the following:

Robert D. Krause
AIS 248039
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016-0767

Albert S. Butler
Kim Tobias Thomas
Alabama Department of Corrections
P.O. Box 301501
Montgomery, AL 36130-1501

Paul McGee James, Jr.
Rushton Stakely Johnston & Garrett PC
PO Box 270
Montgomery, AL 36101-0270

                                                /s/ William R. Lunsford
                                                Of Counsel