IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT D. KRAUSE, #248 039         *

    Plaintiff,                                    *

        v.                                         *         2:07-CV-468-TFM

PRISON HEALTH SERVICES,             *
INC., *et al.*,
    Defendants.                                *

_____

## ORDER ON MOTION

Counsel for Defendant Prison Health Services, Inc., has filed a motion to withdraw. Upon consideration of the motion, and in light of the notice of appearance filed by new counsel for the above-named defendant on May 27, 2008 (*see Doc. No. 25*), it is

ORDERED that the motion to withdraw (*Doc. No. 26*) be and is hereby GRANTED.

Done, this 2nd day of June 2008.

                              /s/ Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE