IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT D. KRAUSE, #248 039          *

    Plaintiff,                              *

       v.                                        *           2:07-CV-468-TFM
                                                                                    (WO)
PRISON HEALTH SERVICES,             *
INC., *et al.*,
    Defendants.                             *

_____

**MEMORANDUM OPINION**

Plaintiff, proceeding *pro se*, filed this complaint on May 24, 2007. On May 30, 2007 the court entered an order of procedure which instructed Plaintiff, among other things, to inform the court of any change in his address. (*Doc. No. 4*.) The order cautioned Plaintiff that failure to comply with the court's requirement that it be notified of any change in his address would result in a recommendation that this case be dismissed. (*Id*.)

The court recently ascertained that Plaintiff is no longer housed at the Ventress Correctional Facility located in Clayton, Alabama, which is the last address for service the court has on file for Plaintiff. Accordingly, on March 2, 2009 the court entered an order directing Plaintiff to provide the court with his present address on or before March 12, 2009. (*Doc. No. 28*.) Plaintiff was cautioned that his failure to comply with the court's March 2, 2009 order would result in a recommendation that this case be dismissed. (*Id*.) On March 10, 2009 Plaintiff's copy of the court's March 2, 2009 order was returned to the court marked

as undeliverable.

It is clear that Plaintiff is no longer incarcerated at the Ventress Correctional Facility and that he has not provided this court with his current address. The undersigned, therefore, concludes that this case shall be dismissed without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

A separate order follows.

Done, this 12th day of March 2009.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE