IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT D. KRAUSE, #248 039                *

    Plaintiff,                                              *

       v.                                                    *         2:07-CV-468-TFM
                                                                    (WO)

PRISON HEALTH SERVICES,                  *
INC., *et al*.,
    Defendants.                                          *

_____

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is ENTERED in favor of Defendants and against Plaintiff, and that this action is DISMISSED without prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58, *Federal Rules of Civil Procedure*.

Done, this 12th day of March 2009.

                                                 /s/Terry F. Moorer
                                                 TERRY F. MOORER
                                                 UNITED STATES MAGISTRATE JUDGE